UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MELANIE CLARKE BPR OV TRUST.,                                           :
                                                                        :
                        Plaintiff,                                      :
                                                                        :
            -v-                                                         :        26 Civ. 1904 (JPC)
                                                                        :
DEUTSCHE BANK TRUST COMPANIES AMERICAS                                  :        ORDER
and ALDERMORE BANK PLC,                                                 :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 6, 2026, Plaintiff Melanie Clarke BPR OV Trust ("Clarke") filed a Complaint against Deutsche Bank Trust Company Americas and Aldermore Bank PLC ("Defendants") and moved for a preliminary injunction.  Dkts. 1, 3.  On March 18, 2026, this case was reassigned to the undersigned.  *See* Mar. 18, 2026 Notice of Case Reassignment.  No later than March 30, 2026, Plaintiff must serve the Complaint, motion for a preliminary injunction, and this Order on Defendants and file proof of service on the docket.  Within one week of such service, Defendants must file a response to Clarke's motion for a preliminary injunction.

            SO ORDERED.

Dated:  March 23, 2026
           New York, New York                                   JOHN P. CRONAN
                                                             United States District Judge