UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                    :

MELANIE CLARKE BPR OV TRUST.,        :

                Plaintiff,        :

          -v-                   :            26 Civ. 1904 (JPC)

DEUTSCHE BANK TRUST COMPANIES AMERICAS :           ORDER
and ALDERMORE BANK PLC,         :

             Defendants.      :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' motions to dismiss.  See Dkts. 26-32.  Plaintiff must oppose Defendants' motions to dismiss no later than May 27, 2026.  Replies in support of Defendants' motions, if any, must be submitted by June 10, 2026.  The Court reminds Plaintiff that a corporate entity cannot proceed *pro se*, *see Lattanzio v. COMTA*, 481 F.3d 137, 139-40 (2d Cir. 2007), and therefore urges Plaintiff to retain counsel or this case may be dismissed on that basis.

      SO ORDERED.

Dated: April 29, 2026
      New York, New York                                   

                                           JOHN P. CRONAN
                                    United States District Judge