UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

x

MELANIE CLARKE BPR OV TRUST,

:

: Case No. 1:26-cv-01904-JPC

Plaintiff,

:

: PLAINTIFF'S MOTION FOR LEAVE TO

-against-

: FILE SUPPLEMENTAL EVIDENCE OUT

: OF TIME IN SUPPORT OF OPPOSITION

DEUTSCHE BANK TRUST COMPANY

: TO MOTIONS TO DISMISS

AMERICAS, et al.,

Defendants.

--------------------------------------------------x

NOW COMES the Plaintiff, Melanie Kate Clarke, in her clean capacity as the Natural Person, Original Creator of the Signature Credit Energy, and Sole Living Beneficiary Real Party in Interest, acting pursuant to 28 U.S.C. § 1654, and respectfully moves this Court for an Order granting leave to file a Supplemental Forensic Annex out of time in support of her timely filed Opposition to the Defendants' Motions to Dismiss[cite: 7, 8].

Good cause and excusable neglect exist for this brief post-deadline submission under Federal Rule of Civil Procedure 6(b)(1)(B). The independent, master-level forensic tax ledger data compiled by MLITR Research—detailing Defendant Deutsche Bank Trust Company Americas' active Form 945 withholding ledger under EIN 13-4941247—was completely unavailable to the Plaintiff prior to the expiration of the May 27, 2026 briefing deadline[cite: 7, 8].

This independent forensic data is absolutely vital to the proper adjudication of this action. It provides empirical verification from the executive branch of the United States government that the underlying primary debt contract has been completely balanced, settled, and discharged at the apex tier[cite: 9]. This evidence demonstrates that the Defendants operate strictly as Nominee Middlemen and Debtors to the estate, completely extinguishing their statutory standing to enforce a foreclosure[cite: 8, 9].

WHEREFORE, the Plaintiff respectfully requests that this Court grant her Leave to File the attached Forensic Accounting and Statutory Annex, entering it into the master administrative record to prevent a miscarriage of justice.

The Court will consider Plaintiff's June 2, 2026 submission, Dkt. 35, even though it was untimely filed.  The Court will not consider any further late filings made without prior leave of Court.  Defendants' deadline to file replies in support of their motions to dismiss is extended until June 15, 2026.  After that date, the Court will not consider any additional submissions made by any party.  The Clerk of Court is respectfully directed to close Dkt. 36.

Dated: June 2, 2026

Respectfully submitted,

SO ORDERED
June 8, 2026

JOHN P. CRONAN
United States District Judge

By:

Melanie Kate Clarke, sui juris

Natural Person, Original Creator of the Signature Credit

Sole Living Beneficiary & Real Party in Interest

Acting Pursuant to 28 U.S.C. § 1654