UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

MELANIE CLARKE BPR OV TRUST,

:

: Case No. 1:26-cv-01904-JPC

Plaintiff,

:

: PLAINTIFF'S MOTION FOR LEAVE TO

-against-

: AMEND THE COMPLAINT AND REALIGN

: THE CAPTION PURSUANT TO FRCP

DEUTSCHE BANK TRUST COMPANY

: RULE 15(a)(2) AND RULE 17(a)(3)

AMERICAS, et al.,

Defendants.

---

NOW COMES Melanie Kate Clarke, in her clean capacity as the Natural Person, Original Creator of the Signature Credit Energy, and Sole Living Beneficiary Real Party in Interest, acting pursuant to 28 U.S.C. § 1654, and respectfully moves this Court for leave to file an Amended Complaint to formally realign the case caption, substituting herself as the individual Plaintiff in place of the Melanie Clarke BPR OV Trust.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires. This amendment is brought in direct response to this Court's April 7 and April 29, 2026 Orders concerning the pro se representation limitations of trust entities under Lattanzio v. COMTA.

To permanently cure this perceived procedural defect, the Plaintiff is realigning the action to proceed strictly under her personal, individual capacity. Because the legal and equitable estates have completely merged due to her status as the sole Beneficiary and credit creator, she stands as the definitive Real Party in Interest under FRCP Rule 17(a)(3).

Under the "Relation Back" doctrine of Rule 15(c), this amendment causes no prejudice to the Defendants, as the underlying substantive claims—concerning the top-tier federal ledger discharge of the primary debt entry and the subsequent unperfected foreclosure actions by the Indenture Trustee's servicing nominee—remain entirely identical.

WHEREFORE, the Plaintiff respectfully requests that this Court grant Leave to File the attached First Amended Complaint, amend the master case caption to read "MELANIE KATE CLARKE v. DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL.," and allow her to personally plead and manage her own cause under 28 U.S.C. § 1654.

By July 1, 2026, Clarke should file an Amended Complaint on behalf of herself as an individual. Clarke's motion for a preliminary injunction, which was brought on behalf of a trust, is denied without prejudice. Defendants' motions to dismiss Plaintiff's Complaint, which was likewise filed on behalf of a trust, are also denied without prejudice. The Clerk of Court is respectfully directed to close Dkts. 3, 26, 30, and 38.

Dated: June 7, 2026

Respectfully submitted,

SO ORDERED

June 17, 2026

JOHN P. CRONAN
United States District Judge

By: _____

Melanie Kate Clarke, sui juris

Natural Person, Original Creator of the Signature Credit

Sole Living Beneficiary & Real Party in Interest

Acting Pursuant to 28 U.S.C. § 1654

186 Stonebury Ave