USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/26/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELANIE CLARKE BPR OV TRUST,

      Plaintiff,

      -against-

DEUTSCHE BANK TRUST COMPANY
AMERICA, et al.,

              Defendants.

26-CV-1904 (JPC) (BCM)

**ORDER REGARDING AMENDED
COMPLAINT AND SCHEDULING
INITIAL CASE MANAGEMENT
CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement and for report and recommendation on dispositive motions, if any, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

### Amended Complaint

On June 17, 2026, the District Judge granted plaintiff's motion for leave to file an amended complaint on behalf of herself as an individual, and directed that plaintiff file the amended complaint no later than July 1, 2026. (Dkt. 45.) Defendants must answer or otherwise respond to the amended complaint no later than **July 22, 2026**. If defendants move to dismiss the amended complaint, plaintiff must file her opposition no later than **August 12, 2026**, and defendants must file their reply, if any, no later than **August 26, 2026**.

**<u>Initial Case Management Conference</u>**

It appears to the Court that no initial case management conference has yet taken place in this action, it is hereby **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **September 1, 2026**, at **11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that each party confer with all other parties to make sure that all parties, or their attorneys, have a copy of this Order and can attend the conference. If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

It is further **ORDERED** that the parties come to the conference prepared to discuss the following subjects:

1. The issues in the case;

2. Whether any party intends to make a motion on the pleadings;

3. What discovery the parties plan to engage in, and what deadlines should be set for:

   a. Exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A);

   b. Serving document production requests and interrogatories;

   c. Taking depositions of fact witnesses;

   d. Disclosing the identity and exchanging the reports of expert witnesses, if any, and taking their depositions; and

   e. Completing all discovery;

4. Whether any special limitations should be placed on discovery, including protective or confidentiality orders;

5.      Whether any special discovery issues are likely to arise that may warrant early attention from the Court;

6.      What the deadline should be for filing summary judgment or other pretrial motions, if any;

7.      What the deadline should be for the parties to submit a joint pretrial order (in accordance with the procedures of the judge before whom the trial will be conducted);

8.      Whether and when the case should be (a) referred to mediation or (b) scheduled for a settlement conference with the Court; and

9.      The anticipated length of trial and whether (and by which party) a jury has been requested.

Plaintiff is hereby notified that pro se parties may file pleadings, letters, and other documents with the Court by using any of the following methods:

a.      Drop off the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY 10007.

b.      Mail the documents to the Pro Se Intake Unit at 500 Pearl Street, Room 205, New York, New York, 10007. The Pro Se Intake Unit (telephone (212) 805-0175) may be of assistance to pro se litigants in connection with court procedures but cannot provide legal advice.

c.      Email the documents to ProSe@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at https://nysd.uscourts.gov/prose

Plaintiff is further advised that [he][she] may choose to receive documents filed in this case by e-mail instead of by regular mail. If plaintiff wishes to receive case information by e-mail, plaintiff must follow the instructions in the Consent and Registration Form, which is available on the website of the United States District Court for the Southern District of New York: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

Plaintiff may wish to contact the Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The project is run by a private

organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit.

To receive limited-scope assistance from the project, parties may complete the clinic's intake form on their computer or phone at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794. A copy of a flyer with details about the project is attached to this Order.

Dated:  New York, New York          SO ORDERED.
       June 26, 2026

**BARBARA MOSES**
**United States Magistrate Judge**

4