Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 08/06/26

**Michael S. Kraut**
+1.212.309.6927
michael.kraut@morganlewis.com

MEMO ENDORSED

August 6, 2026

**VIA ECF**

Hon. Barbara C. Moses, United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Clarke v. Aldermore Bank Plc, No. 1:26-cv-01904-JPC-BCM

Dear Judge Moses:

We represent the defendants Deutsche Bank Trust Company Americas and Aldermore Bank Plc in the above-referenced action. Pursuant to Section 2(a) of your Individual Practices, we write to request an adjournment of the Initial Conference, currently scheduled for September 1, 2026 at 11 AM due to a hearing that was scheduled for the same time in another matter. We apologize for the delay in raising this scheduling issue. Plaintiff consents to our request for an adjournment. No prior requests for an adjournment have been made.

Sincerely,

*/s/ Michael S. Kraut*

Michael S. Kraut

MSK

Application GRANTED. The initial case management conference currently scheduled for September 1, 2026 is hereby ADJOURNED to **September 8, 2026** at **11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 6, 2026